KYH
CEM: USAO2026R654

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

USDC-BALTIMORE
'26 SEP 10 PM4:10

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** BAH-26-308 |
| **v.** | * | |
| **HANK WILLIAM HAMILTON,** | * | **(Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), 26 U.S.C. § 5872(a), 28 U.S.C. § 2461(c))** |
| **Defendant.** | * | |

*******

## INDICTMENT

### COUNT ONE
**(Possession of Firearms and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland charges that:

On or about September 17, 2025, in the District of Maryland, the Defendant,

**HANK WILLIAM HAMILTON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit, (1) one Sarsilmaz pistol, model SAR 9C, bearing serial number T1102-21G50923; (2) one Palmetto State Armory pistol, model Dagger full size-s, bearing serial number SZF016638; (3) one Palmetto State Armory short barrel rifle, model PA-15, bearing serial number SCB728149; as well as assorted 9mm and .223 Remington and 5.56x45mm ammunition, and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g), 924(a)(8)
18 U.S.C. § 2

**COUNT TWO**
**(Possession of Unregistered Firearms)**

The Grand Jury for the District of Maryland further charges that:

On or about September 17, 2025, in the District of Maryland, the Defendant,

**HANK WILLIAM HAMILTON,**

unlawfully and knowingly possessed a firearm as defined in 26 U.S.C. § 5845(a), that is, a rifle with a barrel of less than sixteen inches in length; that were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871.

26 U.S.C. § 5841
26 U.S.C. § 5845(a)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
18 U.S.C. § 2

**FORFEITURE**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), 26 U.S.C. § 5872(a), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under any of the offenses charged in Counts One and Two of this Indictment.

**Firearm and Ammunition Forfeiture**

2. Upon conviction of any of the offenses alleged in Counts One and Two of this Indictment, the Defendant,

**HANK WILLIAM HAMILTON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a), and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offenses.

**Property Subject to Forfeiture**

3. The property to be forfeited includes, but is not limited to, the following items:

a. a Sarsilmaz pistol, model SAR 9C, bearing serial number T1102-21G50923;

b. a Palmetto State Armory pistol, model Dagger full size-s, bearing serial number SZF016638;

c. a Palmetto State Armory short barrel rifle, model PA-15, bearing serial number SCB728149; and

d. 9mm, .223 Remington, and 5.56x45mm ammunition.

**Substitute Assets**

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
26 U.S.C. § 5872(a)
28 U.S.C. § 2461(c)

Kelly O Hayes /

Kelly O. Hayes
United States Attorney

A TRUE BILL:

09/10/2026
Date

SIGNATURE REDACTED
Foreperson